IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LAMISS INVESTMENTS, LLC;
MITCH RICHARD; DONALD ALLEN;
HARRIET ALLEN HENRY; STEVEN
CAMPO; AND LONNIE SHANNON
MELTON                                                                                    PLAINTIFFS

v.                                                CIVIL ACTION NO. 5:24-cv-00111-DCB-BWR

JEFFREY KELLER; KYLE W. FELLING;
TIMOTHY THOMPSON; BRIAN NEARN;
BRICO, INC.; AND PROBYSCI, LLC                                              DEFENDANT

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL ALTERNATIVE
DISPUTE RESOLUTION AND STAY JUDICIAL PROCEEDINGS**

COME NOW, LAMISS Investments, LLC, Mitch Richard, Donald Allen, Harriet Allen

Henry, Steven Campo, and Lonnie Shannon Melton ("Plaintiffs"), through counsel, and present

their Response in Opposition to the Motion to Compel Alternative Dispute Resolution and Stay

Judicial Proceedings filed by Defendants Jeffrey Keller, Timothy Thompson, Brian Nearn, Brico,

Inc., and Probysci, LLC, as follows:

1.      In support of their Response in Opposition to Defendants' Motion to Compel

Alternative Dispute Resolution and Stay Judicial Proceedings, Plaintiffs incorporate by reference

the legal authorities and arguments set forth within their Memorandum Supporting their

Response in Opposition to the Motion to Compel Alternative Dispute Resolution and Stay

Judicial Proceedings.

WHEREFORE, Plaintiffs respectfully pray that this Court deny in full Defendants'

Motion to Compel Alternative Dispute Resolution and Stay Judicial Proceedings.  Plaintiffs

respectfully request any further relief the Court deems appropriate.

This, the 10th day of January, 2025.

Respectfully submitted,

LAMISS INVESTMENTS, LLC; MITCH RICHARD;
DONALD ALLEN; HARRIET ALLEN HENRY;
STEVEN CAMPO; AND LONNIE SHANNON
MELTON

*/s/ Michael A. Heilman*
Michael A. Heilman

OF COUNSEL:
Michael A. Heilman (MSB No. 2223)
E. Taylor Polk (MSB No. 103653)
HEILMAN NISBETT POLK, P.A.
Meadowbrook Office Park
4266 Interstate 55 North, Suite 106
Jackson, Mississippi 39211
Telephone:  (601) 914.1025
Facsimile:  (601) 944.2915
mheilman@hnplawyers.com
tpolk@hnplawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using

the ECF system which sent notification to all counsel of record.

This, the 10th day of January, 2025.

*/s/ Michael A. Heilman*
Michael A. Heilman