IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| LAMISS INVESTMENTS, LLC, MITCH RICHARD, DONALD ALLEN, HARRIET ALLEN HENRY, STEVEN CAMPO, AND LONNIE SHANNON MELTON,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY KELLER, KYLE W. FELLING, TIMOTHY THOMPSON, BRIAN NEARN, BRICO, INC., AND PROBYSCI, LLC<br><br>Defendants. | Civ. Act. No: 5:24-cv-00111-DCB-BWR |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION [8]

Defendants Jeffrey Keller, Timothy Thompson, Brian Nearn, Brico, Inc. and Probysci, LLC ("Defendants") move the Court to extend their deadline to file a reply brief in support of their Motion to Compel Arbitration and to Stay Judicial Proceedings [8]. In support of this Motion, Defendants state the following:

1. On December 20, 2024, Defendants filed their Motion to Compel Arbitration and to Stay Judicial Proceedings [8] (the "Motion to Compel").

2. On January 10, 2025, after receiving an extension of time, Plaintiffs filed their response in opposition to the Motion to Compel. *See* Order [13], Resp. [14].

3. Under this Court's Local Uniform Civil Rules, Defendants' reply-brief is due to be filed on or before January 17, 2025.

1

4926-5189-4544.1

4.  Due to other work commitments and scheduling conflicts, the undersigned will not be able to adequately prepare an appropriate reply brief within the existing deadline for the same.

5.  Accordingly, Defendants request the Court extend their deadline to file a reply brief to and including January 24, 2025.

6.  This request for an extension will not cause undue delay or prejudice to any party and is made in good faith.

7.  The undersigned has communicated with Plaintiffs' counsel about this requested extension, and he has confirmed there is no opposition to the requested extension.

8.  Due to the simplicity and straightforwardness of this Motion, Defendants request the Court excuse any requirement under the Local Uniform Civil Rules for a memorandum brief to accompany this Motion.

IN CONCLUSION, Defendants request the Court enter an order extending their deadline to file a reply brief in support of their Motion to Compel to and including **January 24, 2025.**

Respectfully submitted, January 15, 2024.

> By: *Stevie F. Rushing*
> Jeffrey R. Blackwood (MB No. 10613)
> Slates C. Veazey (MB No. 104310)
> Stevie F. Rushing (MB No. 105534)
> BRADLEY ARANT BOULT CUMMINGS LLP
> 188 East Capitol Street, Suite 1000
> Jackson, MS 39201
> (601) 948-8000
> jblackwood@bradley.com
> sveazey@bradley.com

4926-5189-4544.1

>srushing@bradley.com
>
>*Attorneys for Jeffrey Keller, Timothy Thompson, Brian Nearn, Brico, Inc., and Probysci, LLC*

BRADLEY ARANT BOULT CUMMINGS LLP
*Physical Address*:
One Jackson Place
188 East Capitol Street, Suite 1000
Jackson, MS 39201
*Mailing Address*:
P.O. Box 1789
Jackson, MS 39215

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Stevie F. Rushing*
>STEVIE F. RUSHING

3

4926-5189-4544.1