# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| LAMISS INVESTMENTS, LLC, MITCH RICHARD, DONALD ALLEN, HARRIET ALLEN HENRY, STEVEN CAMPO, AND LONNIE SHANNON MELTON, <br><br>  Plaintiffs, <br><br> v. <br><br> JEFFREY KELLER, KYLE W. FELLING, TIMOTHY THOMPSON, BRIAN NEARN, BRICO, INC., AND PROBYSCI, LLC <br><br>  Defendants. | Civ. Act. No: 5:24-cv-00111-DCB-BWR |

## ORDER

BEFORE THE COURT is the unopposed Motion [16] of Defendants Jeffrey Keller, Timothy Thompson, Brian Nearn, Brico, Inc. and Probysci, LLC ("Defendants") for an order extending their deadline to file a reply brief in support of their Motion to Compel Arbitration and to Stay Judicial Proceedings [8]. The Court, having considered the Motion, its unopposed nature, and the relevant law, finds the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' deadline to file a reply brief in support of their Motion to Compel Arbitration and to Stay Judicial Proceedings [8] is hereby extended, to and including **January 24, 2025**.

SO ORDERED this 17th day of January 2025.

s/David Bramlette
Senior Judge David Bramlette III

**Prepared and Submitted By:**

*Stevie F. Rushing*
Jeffrey R. Blackwood (MB No. 10613)
Slates C. Veazey (MB No. 104310)
Stevie F. Rushing (MB No. 105534)
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street, Suite 1000
Jackson, MS 39201
(601) 948-8000
jblackwood@bradley.com
sveazey@bradley.com
srushing@bradley.com

*Attorneys for Jeffrey Keller, Timothy Thompson, Brian Nearn, Brico, Inc., and Probysci, LLC*