IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LAMISS INVESTMENTS, LLC, MITCH RICHARD,
DONALD ALLEN, HARRIET ALLEN HENRY,
STEVEN CAMPO, AND
LONNIE SHANNON MELTON                                    PLAINTIFFS

VS.                                    CAUSE NO. 5:24-cv-00111-DCB-BWR

JEFFREY KELLER, KYLE W. FELLING,
TIMOTHY THOMPSON, BRIAN NEARN,
BRICO, INC., AND PROBYSCI, LLC            DEFENDANTS

## AGREED ORDER OF DISMISSAL

**THIS DAY** there came before the Court the Joint Motion, *ore tenus*, of LAMISS Investments, LLC, *et al*, Plaintiffs herein, by and through counsel, and Kyle W. Felling, one of the Defendants herein, by and through counsel, pursuant to *F.R.Civ.P.* 41(a)(2), to dismiss with prejudice the Defendant Kyle W. Felling from this proceeding, and the Court having considered the Joint Motion and the representations of the Plaintiffs and Defendant Felling that they have reached agreement as to this dismissal, and the Court, being fully advised in the premises, finds that the Joint Motion should be granted.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that Kyle W. Felling is hereby dismissed from this case with prejudice with the parties to bear their own costs.

**THIS** the   14th   day of   March , 2025.

                                         s/David Bramlette
                                         HON. DAVID C. BRAMLETTE, III
                                         UNITED STATES DISTRICT JUDGE

**LAMISS INVESTMENTS, LLC, ET AL, Plaintiffs**

*s/Michael A. Heilman*
Michael A. Heilman (MSB No. 2223)
E. Taylor Polk (MSB No. 103653)
HEILMAN NISBETT POLK, P.A.
Meadowbrook Office Park
4266 Interstate 55 North, Suite 106
Jackson, Mississippi 39211
Telephone: (601) 914.1025
Facsimile:   (601) 944.2915
Email:   *mheilman@hnplawyers.com*
 Email:   *tpolk@hnplawyers.com*

**COUNSEL FOR PLAINTIFFS**

**KYLE W. FELLING, Defendant**

*/s James R. Mozingo*
JAMES R. MOZINGO (MSB NO. 3638)
DRAKE MANN (PHV)

JAMES R. MOZINGO (MS BAR #3638)
MOZINGO|QUARLES, PLLC
118 Bridgeton Circle
Canton, Mississippi 39046; or
Post Office Box 4587
Jackson, Mississippi   39296-4587
Telephone: 601/812-5885
Telecopier: 601/852-1142
Email: *jmozingo@mozingolaw.com*

DRAKE MANN (PHV)

GILL RAGON OWEN, P.A.
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
Telephone: (501) 376-3800
Email: *mann@gill-law.com*

**COUNSEL FOR   DEFENDANT, KYLE W. FELLING**