IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LAMISS INVESTMENTS, LLC et al.**  **PLAINTIFFS**

v.  CIVIL NO. 5:24-cv-00111-DCB-BWR

**JEFFREY KELLER et al.**  **DEFENDANTS**

## ORDER ADMINISTRATIVELY CLOSING CASE

This action is before the Court *sua sponte* following United States District Judge David C. Bramlette's Opinion and Order staying proceedings and ordering the parties "to submit the dispute to mediation and, if necessary, binding arbitration, as required by the agreement between them[.]" Order [27] at 14. The Clerk of Court is directed to administratively close this case for statistical purposes. Any party may move to reopen the case and lift the stay following the completion of arbitration. Nothing contained in this Order shall be considered a dismissal or disposition of this matter.

**IT IS ORDERED** that this case is **ADMINISTRATIVELY CLOSED** for statistical purposes until further order of the Court.

**SO ORDERED**, this the 12th day of November 2025.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE